AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
## for the
## District of Puerto Rico

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Date: 2025.03.27 15:19:46 -04'00'

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 25-157 (RAM) |
| _Freddy Ortiz-Diaz_ ) | |
| Defendant ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: _March 27, 2025_

_Freddy Ortiz Diaz_
Defendant's signature

_[signature]_
Signature of defendant's attorney

_Jackson Whetsel_
Printed name of defendant's attorney

_[signature]_
Judge's signature

Raúl M. Arias-Marxuach, U.S. District Judge
Judge's printed name and title