# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>FREDDY ORTIZ-DIAZ,<br>Defendant. | INFORMATION<br><br>Criminal No. 25-157 (RAM)<br><br>Violations:<br>18 U.S.C. § 1951<br><br>ONE COUNT |

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.
Date: 2025.03.27 15:35:53 -04'00'

**THE UNITED STATES ATTORNEY CHARGES:**

### COUNT ONE
### Interference with Commerce by Robbery
### 18 U.S.C. § 1951

At all times material to this Information the Total Gas station and convenience store in Corozal, Puerto Rico was engaged in the retail sale of gasoline, automobile products, snacks and other items in interstate commerce and in an industry which affects interstate commerce.

On or about September 18, 2023, in the District of Puerto Rico and within the jurisdiction of this Court, the defendant herein,

FREDDY ORTIZ-DIAZ,

did unlawfully obstruct, delay and affect commerce as that term is defined in Title 18, <u>United States Code,</u> Section 1951, and the movement of articles and commodities in such commerce, by robbery as that term is defined in Title 18, <u>United States Code,</u> Section 1951, in that the defendant did unlawfully take and obtain personal property consisting of approximately $226.00 in US currency and other property, in the presence of an employee of the Total Gas station, against her will by means of actual and threatened force, violence, and fear of injury,

immediate and future, to her person, that is, by threatening the employee with a firearm in order to commit the robbery in violation of Title 18, United States Code, Section 1951.

W. STEPHEN MULDROW
United States Attorney

_____
Jeanette M. Collazo-Ortiz
Assistant United States Attorney
Deputy Chief, Violent Crimes and
National Security Division

_____
Luis Rivera-Mendez
Special Assistant United States Attorney